# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TRINITY INFO MEDIA, LLC | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 21-1361-GW-JEMx |
| v. | |
| RAYA APP, INC. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Hillyer, Gregory L.       of   Hillyer Legal, PLLC
*Applicant's Name (Last Name, First Name & Middle Initial)*       5335 Wisconsin Ave., N.W.
(202) 686-2884       (202) 686-2877       Suite 440
*Telephone Number*       *Fax Number*       Washington, D.C. 20015-2052
ghillyer@hillyerlegal.com
*E-Mail Address*       *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

TRINITY INFO MEDIA, LLC

*Name(s) of Party(ies) Represent*       ✓ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: ____

and designating as Local Counsel

Posner, Ashley D.       of   Posner Law Corporation
*Designee's Name (Last Name, First Name & Middle Initial)*       15303 Ventura Boulevard, Suite 900
106195       (310) 475-8520       Sherman Oaks, CA 91403
*Designee's Cal. Bar No.*       *Telephone Number*       *Fax Number*
ashleyposner@gmail.com
*E-Mail Address*       *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: ____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated: March 5, 2021

*/s/ George H. Wu*
HON. GEORGE H. WU, U.S. District Judge