Ashley D. Posner, Esq. (106195)
Posner Law Corporation
15303 Ventura Boulevard, Suite 900
Sherman Oaks, CA 91403
(310) 475-8520
ashleyposner@gmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITY INFO MEDIA, LLC<br><br>f/k/a TRINITY INTEL MEDIA, LLC,<br><br>                                           Plaintiff(s),<br>                          v.<br>RAYA APP, INC.<br><br><br>                                           Defendant(s). | CASE NUMBER<br><br>2:21-cv-01361 GW(JEMx)<br><br><br>NOTICE OF DISMISSAL PURSUANT<br>TO FEDERAL RULES OF CIVIL<br>PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| March 11, 2021 | /s/   Ashley D. Posner |
| *Date* | *Signature of Attorney/Party* |

NOTE: ***F.R.Civ.P. 41(a):*** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

      ***F.R.Civ.P. 41(c):*** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*